PROB 12C
(7/93)

Report Date: October 27, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 27 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Celerino Garcia-Delgado        Case Number: 2:08CR00148-001

Address of Offender: San Diego Metropolitan Correctional Center

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 9/1/2009

Original Offense: Possession of Fraudulent Alien Registration Cards, 18 U.S.C. § 1546(a); Transfer of Fraudulent Social Security Cards, 18 U.S.C. § 1028(a)(2); Production of False Identification Documents, 18 U.S.C. § 1028(a)(1)

Original Sentence: Prison - 13 Months; TSR - 24 Months         Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela J. Byerly         Date Supervision Commenced: 11/14/2009

Defense Attorney: Federal Defenders         Date Supervision Expires: 11/13/2011

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: If deported, you are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: On or about October 18, 2010, at approximately 0021 hours, Celerino Garcia-Delgado attempted to enter the United States from Mexico via San Ysidro Port of Entry. Mr. Garcia-Delgado was concealed on the floor, under the seat, of a blue 2000 Chevrolet Astro van. |
| | Celerino Garcia-Delgado had previously been ordered removed from the United States on or about November 12, 2009. On or about November 14, 2009, Mr. Garcia-Delgado was physically removed from the United States via San Ysidro, California. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/27/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/27/10
Date